IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN FINLEY ET AL.          : | |
| : | CIVIL ACTION |
| v.          : | |
| : | NO. 11-1205 |
| CITY OF PHILADELPHIA ET AL.          : | |

**ORDER**

AND NOW, this  31st  day of August, 2011, upon consideration of Defendant City of Philadelphia's Motion for Judgment on the Pleadings (ECF No. 25), and Defendants Delores Solomon, Betty Mitchell, Rosemarie Hatcher, Jacques Smith, Judy Walston, and Addie H. Williams' Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 26), and all documents filed in support thereof and in opposition thereto, it is ORDERED as follows:

1. Defendant City of Philadelphia's Motion for Judgment on the Pleadings (ECF No. 25) is GRANTED. Judgment is entered in favor of Defendant City of Philadelphia and against Plaintiffs Stephen Finley and Finley Catering, Inc., on Count I of Plaintiffs' Amended Complaint as against Defendant City of Philadelphia.

2. Defendants Delores Solomon, Betty Mitchell, Rosemarie Hatcher, Jacques Smith, Judy Walston, and Addie H. Williams' Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 26) is GRANTED. Counts I, II, III, IV, and V are DISMISSED as against Defendants Delores Solomon, Betty Mitchell, Rosemarie Hatcher, Jacques Smith, Judy Walston, and

Addie H. Williams.

IT IS SO ORDERED.

**BY THE COURT:**

_____
**R. BARCLAY SURRICK, J.**